IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RUSSELL, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MIMI'S CAFÉ AND MARKET | : | No. 21-3826 |
| *Defendant* | : | |

**ORDER**

AND NOW, this 9th day of January, 2023, upon consideration of Mr. Russell's Motion for Default Judgment (Doc. No. 13), and Mimi's Café's failure to contest the Motion, it is hereby **ORDERED** that the Motion for Default Judgment (Doc. No. 13) is **GRANTED.** The Clerk of Court shall **ENTER** judgment in favor of Mr. Russell and against Mimi's Café in the amount of $46,530.55. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1